

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-21-00424-CR

Joe Michael **ENRIQUEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7464
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due February 22, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court